IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROLAND DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:15-cv-00936 |
| | ) Judge Trauger |
| OFFICER SAMANTHA HILL, ET AL., | ) |
| Defendants. | ) |

**ORDER**

On August 26, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 46), to which the pro se plaintiff has filed timely Objections (Docket No. 53).

The plaintiff appears to misunderstand the ruling by the magistrate judge. The magistrate judge is not recommending that the case be dismissed; he is merely analyzing how the plaintiff has not made out proper grounds for the issuance of a preliminary injunction at this phase of the case. This case is not being dismissed on its merits.

For the reasons expressed herein, the Objections of the plaintiff are OVERRULED. The Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's "Motions for Preliminary Injunction To Be Released Due to Retaliation" (Docket Nos. 13, 18) are DENIED.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 11th day of January 2017.

_____
ALETA A. TRAUGER
U.S. District Judge