UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROLAND DAVIS,<br>No. 516656, | )<br>)<br>) | |
| Plaintiff, | )<br>) | No. 3:15-cv-00936 |
| | ) | Judge Trauger |
| v. | )<br>) | |
| OFFICER SAMANTHA HILL, *et al.*, | )<br>) | |
| Defendants. | ) | |

## O R D E R

On February 21, 2017, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 64) as to the defendants' motion to dismiss (Docket No. 29), recommending that the motion be granted, all other pending motions be denied as moot, and this action be dismissed.

Pending before the court are Objections to the R&R timely filed by the plaintiff. (Docket No. 66). For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court finds that the plaintiff's Objections lack merit. The court agrees with the Magistrate Judge's analysis and recommendation and finds that the defendants' motion to dismiss should be granted, all other pending motions be denied as moot, and this action be dismissed. Therefore, the plaintiff's Objections are **OVERRULED**. Accordingly, the R&R entered on February 21, 2017 is hereby **ADOPTED AND APPROVED AS MODIFIED.**

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge